GENERAL FUND

FOR THE SOUTHERN DISTRICT OF
ALABAMA FOR THE RESPECTIVE PAYEES AND FOR THE AMOUNT AS SHOWN HEREIN:
COVERING THE PERIOD 08/19/2021

| CASE NO | DEBTOR | PAYEE | ADDRESS | CHECK NO | AMOUNT |
|---|---|---|---|---|---|
| 1500513 | John McPherson, Jr. | John McPherson, Jr. | 66 WILLIAMS ROAD REPTON, AL 36475 | 284304 | $ 4.57 |
| 1502648 | Scottie O'Neal Weaver | Scottie O'Neal Weaver | P.O. BOX 74 CITRONELLE, AL 36522 | 284394 | $ 0.18 |
| 1502864 | Audrey H. Imsand | Wells Fargo Bank N.A. | P.O. BOX 660553 DALLAS, TX 75266 | 283999 | $ 3.66 |
| 1503358 | Patricia Smith Womack | Wells Fargo Bank N.A. | P.O. BOX 660553 DALLAS, TX 75266 | 283999 | $ 6.33 |
| 1600227 | Lisa Turner | Wells Fargo Bank N.A. | P.O. BOX 660553 DALLAS, TX 75266 | 283999 | $ 142.24 |
| 1600227 | Lisa Turner | Wells Fargo Bank N.A. | P.O. BOX 660553 DALLAS, TX 75266 | 283999 | $ 69.04 |
| 1600531 | John Adam King | Wells Fargo Bank N.A. | P.O. BOX 660553 DALLAS, TX 75266 | 283999 | $ 588.63 |
| 1600531 | John Adam King | Wells Fargo Bank N.A. | P.O. BOX 660553 DALLAS, TX 75266 | 283999 | $ 27.28 |
| 1504193 | Emerson Willie Robinson, Jr. | Wells Fargo Bank N.A. | P.O. BOX 660553 DALLAS, TX 75266 | 283999 | $ 12.70 |
| 1504148 | Jason Kenneth Welch | Wells Fargo Bank N.A. | P.O. BOX 660553 DALLAS, TX 75266 | 283999 | $ 32.00 |
| 1601070 | Nancy Harris | Wells Fargo Bank N.A. | P.O. BOX 660553 DALLAS, TX 75266 | 283999 | $ 159.16 |
| 1600190 | Sheila Foster | Wells Fargo Bank N.A. | P.O. BOX 660553 DALLAS, TX 75266 | 283999 | $ 118.66 |
| 1600080 | Louis Stancil | Wells Fargo Bank N.A. | P.O. BOX 660553 DALLAS, TX 75266 | 283999 | $ 21.24 |

GENERAL FUND

FOR THE SOUTHERN DISTRICT OF
ALABAMA FOR THE RESPECTIVE PAYEES AND FOR THE AMOUNT AS SHOWN HEREIN:
COVERING THE PERIOD 08/19/2021

| Check # | Payee | Payer | Address | Ref | Amount |
|---|---|---|---|---|---|
| 1600250 | Rita Roberts | Wells Fargo Bank N.A. | P.O. BOX 660553 DALLAS, TX 75266 | 283999 | $ 1.10 |
| 1600303 | Sharon Rankins | Wells Fargo Bank N.A. | P.O. BOX 660553 DALLAS, TX 75266 | 283999 | $ 50.28 |
| 1600531 | John Adam King | Wells Fargo Bank N.A. | P.O. BOX 660553 DALLAS, TX 75266 | 283999 | $ 9.69 |
| 1600600 | Timothy Alvester Page | Wells Fargo Bank N.A. | P.O. BOX 660553 DALLAS, TX 75266 | 283999 | $ 53.76 |
| 1600600 | Timothy Alvester Page | Wells Fargo Bank N.A. | P.O. BOX 660553 DALLAS, TX 75266 | 283999 | $ 0.60 |
| 1600782 | Rebecca Wilmoth | Wells Fargo Bank N.A. | P.O. BOX 660553 DALLAS, TX 75266 | 283999 | $ 20.54 |
| 1503358 | Patricia Smith Womack | Patricia Smith Womack | 467 OAK DRIVE COURT MOBILE, AL 36617 | 284419 | $ 0.07 |
| 1504193 | Emerson Willie Robinson, Jr. | Emerson Willie Robinson, Jr. | 6230 SAINT JOHNS CHAPEL ROAD EIGHT MILE, AL 36613 | 284348 | $ 0.13 |
| 1600318 | Lucy Ann Whitt | Lucy Ann Whitt | P.O. BOX 891 UNIONTOWN, AL 36786 | 284404 | $ 4.89 |
| 1600444 | Flora Rankin | Flora Rankin | 15434 SURNAY COURT FOLEY, AL 36535 | 284339 | $ 310.78 |
| 1600523 | Cleo Williams | Cleo Williams | 18517 PATTERSON ROAD SILVERHILL, AL 36576 | 284409 | $ 0.07 |
| 1600579 | Audrey Bridges | Audrey Bridges | 1809 SOUTH BARKLEY DRIVE MOBILE, AL 36606 | 284175 | $ 1.00 |
| 1600600 | Timothy Alvester Page | Timothy Alvester Page | 166 SOUTH SHEFFIELD CIRCLE CREOLA, AL 36524 | 284323 | $ 0.42 |

GENERAL FUND

FOR THE SOUTHERN DISTRICT OF
ALABAMA FOR THE RESPECTIVE PAYEES AND FOR THE AMOUNT AS SHOWN HEREIN:
COVERING THE PERIOD 08/19/2021

| | | | | | |
|---|---|---|---|---|---|
| 1601459 | Rhiannon Summers | Rhiannon Summers | 422 HILLVIEW ROAD<br>MOBILE, AL 36608 | 284373 | $ 0.53 |
| 1601536 | Veronica Amanor | PROVIDENCE HOSPITAL | 6801 AIRPORT BLVD<br>MOBILE, AL 36608 | 283058 | $ 24.76 |
| 1601664 | Vicki D. Layne | Vicki D. Layne | 20622 COUNTY ROAD 34<br>SAINT STEPHENS, AL 36569 | 284289 | $ 0.31 |
| 1601818 | Kenneth Vaughn Rankins, Sr. | Southernlinc Wireless | 4601 SOUTHLAKE PARKWAY<br>HOOVER, AL 35422 | 283441 | $ 36.13 |
| 1602115 | Kelly M. Cavaluzzi | Kelly M. Cavaluzzi | 8378 ESCAMBIA AVENUE<br>PERIODO BEACH, AL 36530 | 284183 | $ 166.52 |
| 1602803 | Gary Wayne Presley | Atmore Ambulance, Inc. | 212 N. MAIN STREET<br>ATMORE, AL 36502 | 281166 | $ 16.92 |
| 1603536 | Cecil Jackson | Suzanne Holland | 1101 SCHAUB AVENUE<br>MOBILE, AL 36609 | 282199 | $ 6.67 |
| 1603559 | Clyde C. Campbell | Bayside Dental Care | 19354 GREENO ROAD<br>FAIRHOPE, AL 36532 | 281269 | $ 62.96 |
| 1702607 | Trinishia James Clausell | Tower Loan of Gadsden | P.O. BOX 12<br>GADSDEN, AL 35902 | 2837734 | $ 53.63 |
| 1704700 | Marcus Jerome Raffield | Marcus Jerome Raffield | 33 PINE DRIVE<br>APALACHICOLA, FL 32328 | 284338 | $ 1.29 |
| 1704850 | Valarie K. Bridges | Valarie K. Bridges | 7338 SCHOOL HOUSE LANE<br>WILMER, AL 36587 | 284177 | $ 0.56 |
| 1801010 | Lisa Danette Knight | Lisa Danette Knight | 551 E. VILLAGE GREEN DRIVE #73<br>MOBILE, AL 36609 | 284285 | $ 136.92 |
| 1803540 | Tressa L. Cooley | Tressa L. Cooley | 3400 LLOYDS LANE APT G5<br>MOBILE, AL 36693 | 284194 | $ 138.00 |
| 2010963 | Samuel Wayne Ordis | Samuel Wayne Ordis | 8241 OLD FLOMATON ROAD<br>CENTURY, FL 32535 | 284317 | $ 693.24 |

GENERAL FUND

FOR THE SOUTHERN DISTRICT OF
ALABAMA FOR THE RESPECTIVE PAYEES AND FOR THE AMOUNT AS SHOWN HEREIN:
COVERING THE PERIOD 08/19/2021

| Claim # | Payee | Payee (cont.) | Address | Check # | Amount |
|---|---|---|---|---|---|
| 1602313 | Charles Wilkins | Charles Wilkins | 3126 HWY 43 NORTH JACKSON, AL 36545 | 284406 | $ 178.21 |
| 1602313 | Charles Wilkins | Charles Wilkins | 3126 HWY 43 NORTH JACKSON, AL 36545 | 284405 | $ 242.31 |
| 2011897 | Andrew M Bernard | Elizabeth Nicole Bernard Mehridehno | 1659 HWY 51 MADISON, MS 39110 | 281833 | $ 180.00 |
| 1914355 | Tiffany R Bell | Tiffany R Bell | 205 SHELTON BEACH ROAD APT 76 SARALAND, AL 36571 | 284167 | $ 2,851.10 |
| 1914355 | Tiffany R Bell | Tiffany R Bell | 205 SHELTON BEACH ROAD APT 76 SARALAND, AL 36571 | 284166 | $ 299.54 |
| 1803732 | Johnny Ray Boggs | Johnny Ray Boggs | 517 WOODLORE DRIVE CHICKASAW, AL 36611 | 284171 | $ 0.57 |
| 1803046 | Brenda S. Benton | Brenda S. Benton | P.O. BOX 832 FOLEY, AL 36536 | 284168 | $ 1.13 |
| 1800475 | Barbara Jean Files | Barbara Jean Files | 2162 SAM JONE AVENUE MOUNT VERNON, AL 36560 | 284222 | $ 2.11 |
| 1703216 | Carrie Damie Tanner | Carrie Damie Tanner | 5240 SCENIC DRIVE WILMER, AL 36587 | 284378 | $ 91.54 |
| 1703154 | Jada Monique Thrash | Jada Monique Thrash | 859 WELLINGTON STREET APT C MOBILE, AL 36617 | 284384 | $ 179.58 |
| 1703154 | Jada Monique Thrash | Jada Monique Thrash | 859 WELLINGTON STREET APT C MOBILE, AL 36617 | 284383 | $ 207.50 |
| 1702397 | Russell L. Short | Russell L. Short | 417 JHNSON ROAD PERDIDO, AL 36562 | 284359 | $ 3.87 |
| 1701209 | Tony Lynn Tolley | Tony Lynn Tolley | 19500 COUNTY ROAD 55 LOT 11 SILVERHILL, AL 36576 | 284385 | $ 0.28 |
| 1700880 | Latasha Monique Coates | Latasha Monique Coates | 784 CENTER POINT ROAD COFFEEVILLE, AL 36524 | 284188 | $ 100.26 |

TOTAL $ 7,315.46